AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNIE MARENE THOMAS,

Plaintiff,

v.

JUDGE ROBERT C. SWEATT, JR., in his individual and personal capacity,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-139

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 14, 2023, Defendant's Motion to Dismiss is granted and Plaintiff's Complaint is dismissed with prejudice, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 15, 2023

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020